**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Frances Leyva, <br><br> Plaintiff, <br><br> vs. <br><br> Equifax Information Services LLC, et al., <br><br> Defendants. | CIVIL FILE NO.: 3:22-779-B <br><br> **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Servis One, Inc. d/b/a BSI Financial Services **ONLY** shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant Servis One, Inc. d/b/a BSI Financial Services.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____    _____
                                                                        JUDGE, United States District Court